UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

JACIEL CIRRUS ROJAS,

Petitioner,

v. Case No. 25-cv-1437-bhl

SAMUEL OLSON, et al.,

Respondents.

---

**ORDER**

---

On July 30, 2026, the United States Court of Appeals for the Seventh Circuit issued a decision in *Cirrus Rojas v. Olson*, 183 F.4th 909 (7th Cir. 2026), reversing this Court's denial of Cirrus Rojas's habeas petition in *Cirrus Rojas v. Olson*, No. 25-cv-1437-bhl (E.D. Wis.) (ECF No. 20), and remanding in accordance with the Seventh Circuit's decision. In reversing this Court's decision, the Seventh Circuit held that Cirrus Rojas is an "applicant for admission" who is not "seeking admission" to the United States. *See Cirrus-Rojas,* 183 F.4th at 919–20. Cirrus Rojas's detention, therefore, falls under 8 U.S.C. §1226, not 8 U.S.C. §1225(b)(2)(A), and Cirrus Rojas may seek a bond hearing in immigration court. *See id.* at 931. The Seventh Circuit remanded with instructions to "issue the writ 'and dispose of the matter as law and justice require.'" *Id.* (citing 28 U.S.C. §2243). On September 21, 2026, the Seventh Circuit issued its Notice of Issuance of Mandate. *See Cirrus Rojas*, No. 25-cv-1437-bhl (ECF No. 33 at 49.) Cirrus Rojas, however, is no longer in custody and was released from custody as of the Seventh Circuit's decision. *See Cirrus Rojas*, 183 F.4th at 916.

Accordingly,

**IT IS HEREBY ORDERED** that Cirrus Rojas's petition for writ of habeas corpus, ECF No. 1, is **GRANTED** and Respondents are **ORDERED** to provide Cirrus Rojas with a bond

hearing before an immigration judge pursuant to 8 U.S.C. §1226, to the extent the government has not already provided him such a hearing.

Dated at Milwaukee, Wisconsin on September 25, 2026.

s/ *Brett H. Ludwig*
BRETT H. LUDWIG
United States District Judge